UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SILVINA CAMBIANO<br><br>Plaintiff,<br><br>v.<br><br>COBBLESTONE MANOR LLC,<br>MARINER PALMS LLC, and<br>MARGARET MORZYSZEK<br><br>Defendants. | Case No: 8:20-cv-1904 |

**- COMPLAINT AND DEMAND FOR JURY TRIAL -**

Plaintiff SILVINA CAMBIANO by and through the undersigned counsel, hereby files this Complaint against the above-named Defendants, COBBLESTONE MANOR LLC, MARINER PALMS LLC, and MARGARET MORZYSZEK.

**NATURE OF THE CASE**

1. This is an action brought by Plaintiff SILVINA CAMBIANO, (hereafter "Plaintiff") against her former employers, Defendants COBBLESTONE MANOR LLC, MARINER PALMS LLC, and MARGARET MORZYSZEK (hereafter referred to as "Defendants") for violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA").

2. During the term of Plaintiff's employment, Plaintiff performed work for Defendants in excess of forty (40) hours in a workweek for which she was not compensated at one-and-a-half times her regular rate of pay.

3. Defendants had a practice of paying Plaintiff's overtime hours at Plaintiff's regular rate.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction conferred by 29 U.S.C. §216(b) and 28 U.S.C. § 1331.

5. Venue is proper in the Tampa Division of the Middle District of Florida under Local Rule 1.02 of the Local Rules of the Middle District of Florida. Hernando County has the greatest nexus with the cause because it is where Plaintiff provided services and Defendants conducted business.

## PARTIES

6. Plaintiff, SILVINA CAMBIANO, a resident of Hernando County, was a former employee of Defendants who worked at COBBLESTONE MANOR LLC and MARINER PALMS LLC, assisted living facilities located in Hernando County, Florida.

7. Plaintiff, SILVINA CAMBIANO, is an employee as defined by the laws under which this action is brought.

8. Defendants COBBLESTONE MANOR LLC, MARINER PALMS LLC, and MARGARET MORZYSZEK are employers as defined by the laws under which this action is brought.

9. Defendants COBBLESTONE MANOR LLC and MARINER PALMS LLC are corporations organized and existing under and by virtue of the laws of Florida.

10. Defendant MARGARET MORZYSZEK is a resident of the State of Florida, who owned and/or operated COBBLESTONE MANOR LLC and MARINER PALMS LLC, and who regularly: a) exercised control over the day-to-day operations of said entities; b) had personal and direct involvement in employment affairs; c) established employee wages and hours, including Plaintiff's wages, overtime pay, and hours; and d) controlled terms of employment, including Plaintiff's terms of employment.

## COVERAGE

11. Defendants COBBLESTONE MANOR LLC and MARINER PALMS LLC, are enterprise engaged in commerce, covered by the FLSA, and as defined by 29 U.S.C. § 203.

12. Defendants are engaged in the assisted living industry, and are thus engaged in interstate commerce, *inter alia*, by purchasing food, equipment and/or supplies manufactured outside the state of Florida, which cross state lines in the flow of commerce. Defendants also engage in interstate commerce by transporting customers.

13. Defendants accept payment from customers through credit/debit cards and/or checks from banks located outside the state of Florida.

      Defendants also host one or more websites and/or Facebook pages viewed by potential customers across state lines, and send faxes, emails, and other communications across state lines.

14. Upon information and belief, Defendants' annual gross volume of sales exceeded $500,000/year at all relevant times.

15. Defendants COBBLESTONE MANOR LLC and MARINER PALMS LLC are employers within the definition of the FLSA, 29 U.S.C. § 203.

16. Defendant MARGARET MORZYSZEK is an employer within the definition of the FLSA, 29 U.S.C. § 203.

17. During the term of her employment, Plaintiff SILVINA CAMBIANO was engaged in commerce and was therefore subject to the individual coverage of the FLSA. 29 U.S.C. § 206.

18. The services performed by Plaintiff were essential, necessary, and an integral part of the business conducted by Defendants.

19. Plaintiff was a covered employee for purposes of the FLSA pursuant to 29 U.S.C. §§ 207 and 206.

## FACTUAL BACKGROUND

20. Plaintiff SILVINA CAMBIANO started working for Defendants COBBLESTONE MANOR LLC, MARINER PALMS LLC, and MARGARET MORZYSZEK in March 2018 and her employment ended in August 2020.

21. Plaintiff SILVINA CAMBIANO's last position was administrative assistant.

22. Plaintiff's duties included assisting customers/residents and performing office work.

23. Plaintiff received payroll checks from both COBBLESTONE MANOR LLC, and MARINER PALMS LLC.

24. Plaintiff was an hourly employee.

25. Plaintiff's last hourly rate was $13.00 per hour.

26. During her employment with Defendants, Plaintiff was classified as non-exempt.

27. Plaintiff did not satisfy any of the requirements for overtime exemptions set forth in the FLSA.

28. During the period covered by the employment, Plaintiff worked more than forty (40) hours in a workweek and was not compensated at the statutory rate of one and one-half times her regular rate of pay.

29. Plaintiff worked an average of 45 hours a week but was paid all hours at her regular rate, omitting the overtime premium.

30. Defendants COBBLESTONE MANOR LLC, MARINER PALMS LLC, and MARGARET MORZYSZEK were aware that Plaintiff was working more than forty (40) hours per week without proper compensation but did not cure the ongoing FLSA violations.

31. Defendants' actions were willful and/or showed reckless disregard as to whether their conduct was prohibited by the FLSA.

32. Plaintiff's time and payroll records (including the hours worked in each workweek) should be in Defendants' custody and control, pursuant to 29 C.F.R. § 516. However, the accuracy, completeness, and sufficiency of such records is unknown at this time.

## COUNT I
## RECOVERY OF OVERTIME COMPENSATION UNDER THE FLSA

33. Plaintiff SILVINA CAMBIANO re-alleges and incorporates the allegations contained in Paragraphs 1 through 32 above.

34. Defendants COBBLESTONE MANOR LLC, MARINER PALMS LLC, and MARGARET MORZYSZEK failed to pay Plaintiff properly for all hours worked in excess of forty (40) hours in a workweek in compliance with the FLSA.

35. Plaintiff is entitled to be paid time and one-half her regular rate of pay for each hour worked in excess of forty (40) in a workweek.

36. As a result of Defendants' willful violation of the FLSA, Plaintiff SILVINA CAMBIANO is entitled to damages, liquidated damages, pre-judgment interest, attorney's fees, and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff SILVINA CAMBIANO respectfully requests judgment against Defendants COBBLESTONE MANOR LLC, MARINER PALMS LLC, and MARGARET MORZYSZEK and the following damages:

a. Unpaid overtime compensation pursuant to 29 U.S.C. § 216(b);

b. Liquidated damages in an amount equal to the overtime compensation owed in accordance with 29 U.S.C. § 216(b);

c. Pre-judgment interest;

d. Attorneys' fees and costs as provided by 29 U.S.C. § 216(b); and

e. Such further relief as the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

37. Plaintiff requests a jury trial to the extent authorized by law.

Dated: August 16, 2020.                     Respectfully submitted,

**CYNTHIA GONZALEZ P.A.**
3980 Tampa Rd.
Suite 205
Oldsmar, Florida 33677
Telephone: 813.333.1322
Toll free: 888.WagesDue
Fax: 813.603.4500
 WagesDue.com

s/ Cynthia Gonzalez
Cynthia M. Gonzalez
Florida Bar No. 53052
Attorney for Plaintiff
cynthia@wagesdue.com