UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SILVINA CAMBIANO<br><br>Plaintiff,<br><br>v.<br><br>COBBLESTONE MANOR LLC, MARINER PALMS LLC, and MARGARET MORZYSZEK<br><br>Defendants. | Case No: 8:20-cv-1904 |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff SILVINA CAMBIANO and Defendants COBBLESTONE MANOR LLC, MARINER PALMS LLC, and MARGARET MORZYSZEK, by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement in the above referenced matter and will file a Joint Motion for Approval of Settlement at a later date.

WE HEREBY CERTIFY that on this same date, a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send notice to all attorneys of record.

| | |
|---|---|
| September 2, 2020. | Respectfully submitted, |

**CYNTHIA GONZALEZ P.A.**
3980 Tampa Rd.
Suite 205
Oldsmar, Florida 33677
Telephone: 813.333.1322
Toll free: 888.WagesDue
Fax: 813.603.4500
 WagesDue.com

s/ Cynthia Gonzalez
Cynthia M. Gonzalez
Florida Bar No. 53052
Attorney for Plaintiff
cynthia@wagesdue.com


s/Jonathan N. Zaifert
Floirda Bar No. 14100
Caglianone & Miller, P.A.
1580 W Cleveland St
Tampa, FL 33606-1807
Office: 813-226-8899
Fax: 813-226-0017
Email: jzaifert@cagmil.com