UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SILVINA CAMBIANO<br><br>Plaintiff,<br><br>v.<br><br>COBBLESTONE MANOR LLC,<br>MARINER PALMS LLC, and<br>MARGARET MORZYSZEK<br><br>Defendants. | Case No: 8:20-cv-1904 |

## JOINT MOTION TO APPROVE SETTLEMENT
## AND TO DISMISS WITH PREJUDICE

Plaintiff SILVINA CAMBIANO CLIENTE and Defendants, COBBLESTONE MANOR LLC, MARINER PALMS LLC, and MARGARET MORZYSZEK, hereinafter collectively referred to as the "Parties," by and through undersigned counsel, hereby file this Joint Motion and state the following in support thereof:

1. Plaintiff filed the instant action alleging that Defendants violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 et seq. ("FLSA") (Doc. 1).

2. To avoid the costs and the uncertainty of litigation, the Parties have reached a settlement consisting **of full payment of wages, liquidated damages, and attorney's fees and costs** (which have been independently negotiated). Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised

only with the approval of the Court or the Secretary of Labor. Accordingly, the Parties request that the Court approve the Settlement Agreement ("Agreement") entered into by the Parties, a copy of which is attached to this Motion as Exhibit "A."

3. The settlement of the instant action involves a situation in which the Court may approve the Parties settlement to resolve Plaintiffs' FLSA claim against Defendants. Plaintiff's overtime calculation is: 5 overtime hours x 102 weeks x $6.50 half rate = $3,315. Liquidated damages $3,315. The settlement consists of full recovery, as well as independently negotiated fees and costs.

4. The Parties further stipulate and agree that the settlement is a fair and reasonable settlement of the controversies involved in this case and comports with the policies underlying the FLSA. The Parties voluntarily agreed to the terms of the settlement during negotiations, and all Parties had an opportunity to consult with an attorney. Further, the Parties negotiated Plaintiff's full recovery and attorney's fees fairly and separately.

5. As part of the settlement reached between the Parties, Plaintiff agrees to dismiss the Complaint with prejudice upon approval by the Court of the attached Agreement.

WHEREFORE, the Parties respectfully request that this Court enter an Order approving the attached Agreement and dismissing this action with prejudice.

WE HEREBY CERTIFY that on this same date, a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system.

Respectfully submitted, September 9, 2020.

                    Respectfully submitted,

**CYNTHIA GONZALEZ P.A.**
3980 Tampa Rd.
Suite 205
Oldsmar, Florida 33677
Telephone: 813.333.1322
Toll free: 888.WagesDue
Fax: 813.603.4500
🖱 WagesDue.com

s/ Cynthia Gonzalez
Cynthia M. Gonzalez
Florida Bar No. 53052
Attorney for Plaintiff
cynthia@wagesdue.com


s/Jonathan N. Zaifert
Floirda Bar No. 14100
Caglianone & Miller, P.A.
1580 W Cleveland St
Tampa, FL 33606-1807
Office: 813-226-8899
Fax: 813-226-0017
Email: jzaifert@cagmil.com